IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CORDERO A. WEBBER,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-3801

Opinion filed September 4, 2014.

An appeal from the Circuit Court for Duval County.
Kevin A. Blazs, Judge.

Nancy A. Daniels, Public Defender, Paula S. Saunders and Glenna Joyce Reeves, Assistant Public Defenders, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Anne C. Conley and Wes Paxson, III, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

   AFFIRMED.

PADOVANO, THOMAS, and CLARK, JJ., CONCUR.